IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GIONFRIDDO,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | Case No.: 2:26-cv-02161-ICD<br><br>ORDER |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty (30) days from the original deadline such that Plaintiff's new deadline, with the Court's approval, will be October 14, 2026. This is Plaintiff's first request for an extension of time and is sought because Plaintiff's counsel needs additional time to prepare Plaintiff's dispositive motion due to scheduling conflicts in separate matters. With the Court's approval, the parties further stipulate that all other deadlines

/ / /

/ / /

/ / /

/ / /

/ / /

in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: September 11, 2026

Respectfully submitted,

/s/ *Jared Walker*
Jared Walker,
Attorney for Plaintiff

SO STIPULATED:

ERIC GRANT
United States Attorney

Dated: September 11, 2026

By: /s/ **Oscar Gonzalez de Llano*
(**authorized by email on 9/11/2026*)
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: September 14, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE